NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Appellant,*

v.

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee.*

---

2014-1123

---

Appeal from the United States District Court for the District of Columbia in No. 1:11-cv-01254-BJR, Judge Barbara Jacobs Rothstein.

---

**ON MOTION**

---

**O R D E R**

Power Integrations, Inc. moves without opposition to stay the briefing schedule pending this court's decision in *In re Teles*, No. 2012-1297.

Power Integrations, Inc. asserts that a threshold legal issue raised in this appeal is essentially identical to an issues raised in *In re Teles*, i.e., whether a patent owner may challenge the Patent Trial and Appeal Board's deci-

sion rejecting patent claims by filing a civil action in district court under 35 U.S.C. §§ 145 and 306.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted. Power Integrations, Inc. is directed to inform this court within 14 days of the issuance of this court's mandate in *In re Teles*, how it believes this appeal should proceed. The Deputy Director may also respond within that time.

(2) A copy of this order will be forwarded to the merits panel in *In re Teles,* to inform that panel of this case with a related issue.

(3) Any other pending motions are moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25