NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**POWER INTEGRATIONS, INC.,**
*Plaintiff-Appellant,*

**v.**

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee.*

_____

2014-1123

_____

Appeal from the United States District Court for the District of Columbia in No. 1:11-cv-01254-BJR, Judge Barbara Jacobs Rothstein.

_____

**O R D E R**

The appellant submits a status report and informs the court that in light of *In re Teles*, Appeal No. 12-1297, it wishes to proceed with the appeal and to set the briefing schedule.

Accordingly,

2                              POWER INTEGRATIONS, INC. v. LEE

IT IS ORDERED THAT:

(1)  The stay of proceedings is lifted.

(2)  Appellant's opening brief is due no later than October 3, 2014, and subsequent deadlines will be according to the Federal Circuit Rules.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25